# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY
# CAMDEN VICINAGE

| | |
|---|---|
| GOVERNMENT EMPLOYEES INSURANCE CO., *et al.*, | |
| Plaintiffs, | Civil No. 17-11727 (RBK/KMW) |
| v. | **ORDER** |
| PENNSAUKEN SPINE AND REHAB P.C., *et al.*, | |
| Defendants. | |

**KUGLER**, United States District Judge:

**THIS MATTER** coming before the Court upon the Plaintiffs' Motion for Default Judgment (ECF No. 25) and Defendants Motion to Vacate the Clerk's Entry of Default (ECF No. 33), and for the reasons set forth in the opinion issued this date,

**IT IS HEREBY ORDERED** that Plaintiffs' Motion for Default Judgment (ECF No. 25) is **DENIED**; and

**IT IS FURTHER ORDERED** that Defendants' Motion to Vacate the Clerk's Entry of Default (ECF No. 33) is **GRANTED**. The Clerk's Entry of Default on January 4, 2018 is **VACATED**.

Dated: August 6, 2018            /s Robert B. Kugler
                                                           ROBERT B. KUGLER
                                                           United States District Judge